## UNITED STATES ex rel. EISLER v. DISTRICT DIRECTOR OF IMMIGRATION AND NATURALIZATION OF PORT OF NEW YORK.

### No. 231, Docket 20569.

Circuit Court of Appeals, Second Circuit.
April 15, 1947.

See, also, 71 F.Supp. 468.

Carol King, of New York City (Lee Epstein, of New York City, of counsel), for relator-appellant.

John F. X. McGohey, U. S. Atty., of New York City, for respondent-appellee.

Before L. HAND, SWAN and CLARK, Circuit Judges.

PER CURIAM.

Appeal dismissed in open court on the ground that the issue has become moot.

---

[7] 29 U.S.C.A. §§ 206 and 207.